UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY EDWARD HALL,<br><br>Defendant. | Criminal No. 14-03-ART-(2)<br><br>**ORDER** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Jimmy Hall violated the terms of his supervised release.  Hall stipulated to all three of the charged violations.  R. 145.  Pursuant to the Court's referral order, R. 141, Magistrate Judge Hanly A. Ingram has filed a thoughtful Recommended Disposition ("R&R").  R. 146.  Judge Atkins recommends that the Court sentence Hall to eight months of incarceration, with 120 months of supervised release.  *Id.* at 7.  Neither party has filed any objections, and the time to do so has passed.  *See* Fed. R. Crim. P. 59(b)(2).  Accordingly, it is **ORDERED** that the R&R, R. 146, is **ADOPTED** as the opinion of the Court.  The Court will issue a separate judgment.

This the 23rd day of August, 2016.



Signed By:
*Amul R. Thapar* AT
United States District Judge